Form 27 - GENERAL PURPOSE
         **JON L. NORINSBERG**
         **ATTN:**
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------------
                                                       Index No. **07 CIV 8229**
RAY MILLAR                              plaintiff
                                                       Date Filed  . . . . . . . . . . . . .
             - against -
                                                       Office No.
THE CITY OF NEW YORK, ETAL              defendant
                                                       Court Date:   / /
-------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **25th  day of September, 2007**      at  **12:01 PM.**,            at
     **%MICHAEL A.CARDOZO, CORP.COUNSEL OF THE CITY OF NY**
     **100 CHURCH ST, 4TH FL. NEW YORK, NY 10007**
I served a true copy of the
     **SUMMONS AND COMPLAINT**
     **JUDGES RULES**
     **ELECTRONIC FILING INSTRUCTIONS**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
     **MADELYN SANTANA, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**        COLOR: **BROWN**       HAIR: **BLACK**
         APP. AGE: **37**       APP. HT: **5:6**       APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
27th  day of September, 2007k

                                              . . . . . . . . . . . . . . . . . . . . . . . . .
SAMSON NEWMAN                                 JOEL GOLUB   701893
Notary Public, State of New York              AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01NE-4783767                           225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                  NEW YORK, NY, 10007
Commission Expires 11/03/2009                 Reference No: 7JLN69246