Form 05 - SUITABLE WITH MAILING

**JON L. NORINSBERG**
ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK  COUNTY
-----------------------------------------------------

RAY MILLAR                              plaintiff

                - against -

THE CITY OF NEW YORK, ETAL              defendant

Index No. **07 CIV 8229**

Date Filed  ............

Office No.

Court Date:   / /

-----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
**HARRY TORRES**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**27th** day of **September, 2007   04:05 PM**        at
   %**GRAND LARCENY TASK FORCE, 524 W. 42ND ST, 4TH FLR**
   **NEW YORK, NEW YORK**
I served the    **SUMMONS AND COMPLAINT**
                **JUDGES RULES**
                **ELECTRONIC FILING INSTRUCTIONS**
upon **SGT.RICHARD GARCIA (SHIELD NO.2522)**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **P.O. SCHERFFIUS, CO-WORKER WHO REFUSED TRUE FIRST NAME**
 a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**     HAIR: **BLACK**     AGE: **40**   HEIGHT: **6:3**   WEIGHT: **230**
OTHER IDENTIFYING FEATURES:

On **10/01/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT**.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
1st   day of  October,   2007k
KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

..................................
HARRY TORRES  0915257
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7JLN69247