Form 19 - SECRETARY OF STATE - 306
**JON L. NORINSBERG**
ATTN:

| U.S.SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |
|---|---|---|

---

RAY MILLAR                                         plaintiff

    - against -

THE CITY OF NEW YORK, ETAL            defendant

Index No. **07 CIV 8229**

Date Filed ............

Office No.

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **28th of September, 2007 at 08:15 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
  **SUMMONS AND COMPLAINT**
  **JUDGES RULES**
  **ELECTRONIC FILING INSTRUCTIONS**
UPON: **FEDERATED DEPARTMENT STORES, INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
  **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

  SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BLONDE**
  APP. AGE: **35**  APP. HT: **5:5**  APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME, THIS
3rd DAY OF October, 2007sr

SAMSON NEWMAN
Notary Public, State of New York
  No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7JLN69248