954055

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RAY MILLAR,

                                Plaintiff,        RULE 7.1 STATEMENT

         -against-

                                                      1:07-cv-08229-RPP

THE CITY OF NEW YORK, SGT. RICHARD
GARCIA, Shield No. 2522, P.O.s "JOHN" and    Filed by ECF on
"JANE DOE" #1-10, Individually and in their     December 11, 2007
Official Capacities, (the names "John" and
"Jane Doe" being fictitious, as the true names
are presently unknown), and FEDERATED
DEPARTMENT STORES, INC.,

                                Defendants.
-----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Macy's Inc. (f/k/a Federated Department Stores, Inc.), hereby makes the following disclosure:

1. There is no parent corporation to Macy's, Inc.

2. As of June 30, 2007, AXA Financial Inc. (AllianceBernstein, L.P.) owns 10% or more of the stock of Macy's, Inc.

Dated:    New York, New York
            December 11, 2007

                                       LESTER SCHWAB KATZ & DWYER, LLP

                                       s/_____
                                       Thomas A. Catalano (tc-1625)
                                       Attorneys for Defendant
                                       Macy's Inc.
                                       (f/k/a Federated Department Stores, Inc.)
                                       120 Broadway
                                       New York, New York  10271
                                       (212) 964-6611