954067

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RAY MILLAR,

|  |  |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| -against- | 1:07-cv-08229-RPP |
| THE CITY OF NEW YORK, SGT. RICHARD GARCIA, Shield No. 2522, P.O.s "JOHN" and "JANE DOE" #1-10, Individually and in their Official Capacities, (the names "John" and "Jane Doe" being fictitious, as the true names are presently unknown), and FEDERATED DEPARTMENT STORES, INC., | Filed by ECF on December 11, 2007 |
| Defendants. | |

------------------------------------------------------------------x

PLEASE TAKE NOTICE that Thomas A. Catalano, of Lester Schwab Katz & Dwyer, LLP, has appeared for defendant Macy's Inc. (f/k/a Federated Department Stores, Inc.)

Dated:    New York, New York
              December 11, 2007

LESTER SCHWAB KATZ & DWYER, LLP

s/_____
Thomas A. Catalano (tc-1625)
Attorneys for Defendant
Macy's Inc.
(f/k/a Federated Department Stores, Inc.)
120 Broadway
New York, New York  10271
(212) 964-6611