# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX (212) 267-5916

THOMAS A. CATALANO
Writer's Direct Dial: (212) 341-4298
E-Mail: tcatalano@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J 07041
(973) 912-9501

December 12, 2007

By fax 212-805-7917

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

RECEIVED DEC 12 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

**MEMO ENDORSED**

Re: **Millar v. City of New York et al., 07 Civ 8229 (RPP)**

Dear Judge Patterson:

We were retained to represent Macy's Inc., formerly known and sued herein as Federated Department Stores, Inc ("Macy's") in this matter. Although plaintiff had apparently served Macy's with the summons and complaint through the Secretary of State, for unknown reasons, that process was not received by Macy's, and it only learned about the action when it was recently contacted by plaintiff's counsel.

Macy's time to respond to the complaint has expired. We respectfully request that Macy's time to respond to complaint be extended for thirty days, or to January 11, 2008. This is Macy's first request for such relief.

We have spoken to Rose M. Weber, Esq., counsel for plaintiff, and she has graciously consented to this application.

Respectfully submitted,

THOMAS A. CATALANO

954180

*application granted*
*So ordered*
*Robert P. Patterson USDJ*
*12/12/07*

LESTER SCHWAB KATZ & DWYER, LLP

December 12, 2007
Page 2

cc:

By fax (212) 233-5633 and email rose_weber@juno.com
Rose M. Weber, Esq.
Rose M. Weber Law Office
225 Broadway
Suite 1608
New York, New York 10007
Attorneys for Plaintiff

By fax 212) 788-9776 and email mcavalie@law.nyc.gov
Meghan A. Cavalieri, Esq.
New York City Law Department
100 Church Street
New York, New York 10007
Attorneys for the Municipal Defendants