**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*Kay Millar*

_____
**Plaintiff(s)**

-against-

*City of New York*

_____ **Defendant(s)** _____

07 CV 8229 **(RPP)**

**SCHEDULING ORDER**

**PATTERSON, D.J.**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by ___2/15/08___ .

4. Medical Authorizations by *have been provided*.

5. Rule 26 compliance by ___1/4/08___ .

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by ___6/1/08___ .

9. Dispositive *motions* by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by ___6/13/08___ .

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for ___6/25/08___ at ___9:30AM___ .

Dated: New York, New York

*Jan 4, 2008*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08

**SO ORDERED.**

_____
**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**