UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAY MILLAR,

                              Plaintiff,

                  -against-

THE CITY OF NEW YORK, SGT. RICHARD GARCIA, Shield No. 2522, P.O.s "JOHN" and "JANE DOE" #1-10, Individually and in their official capacities, (the names "John" and "Jane Doe" being fictitious, as the true names are presently unknown), and FEDERATED DEPARTMENT STORES INC.,

                              Defendants.

**CITY OF NEW YORK AND SGT. RICHARD GARCIA'S ANSWER TO DEFENDANT MACY'S CROSS CLAIMS**

07 CV 8229 (RPP)(FM)

Jury Trial Demanded

------------------------------------------------------------------------ x

       Defendants, City of New York and Sergeant Richard Garcia, by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for their answer to the complaint, respectfully allege, upon information and belief, as follows:

       1.     Defendants repeat and reallege each and every paragraph of their Answer to the complaint dated December 13, 2007, as if fully set forth herein, including all affirmative defenses set forth therein.

       2.     Deny the allegations set forth in paragraph "63" of defendant Macy's Answer with Cross Claims.

       3.     Deny the allegations set forth in paragraph "64" of defendant Macy's Answer with Cross Claims.

       4.     Deny the allegations set forth in paragraph "63" of defendant Macy's Answer with Cross Claims.

- 2 -

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

5. The cross claims fail to state a claim upon which relief can be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

6. Defendants City of New York and Sergeant Garcia have not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor have defendants violated any act of Congress providing for the protection of civil rights.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

7. At all times relevant to the incident, defendants City of New York and Sergeant Garcia acted reasonably in the proper and lawful exercise of its discretion.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

8. To the extent defendant Macy's asserts state law claims against the City of New York and Sergeant Garcia, such claims should be barred by the doctrine of immunity for judgmental errors in the exercise of governmental functions.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

9. Defendant Macy's cross-claims against defendants City of New York and Sergeant Garcia are not ripe for adjudication.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

10. This Court lacks subject matter jurisdiction over defendant Macy's cross-claims.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

11. Defendant Macy's cross claims may be barred in part by the doctrines of res judicata and/or collateral estoppel.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:

12. Defendant Macy's is not entitled to indemnification by the City defendants.

**WHEREFORE,** Defendants City of New York and Sergeant Richard Garcia request judgment dismissing the cross claims of defendant Macy's, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       January 30, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel
                              of the City of New York
                              Attorney for Defendants City of New York
                              and Sergeant Richard Garcia
                              100 Church Street, Room 6-307
                              New York, New York 10007
                              (212) 788-6405

                   By:   */s/ Meghan Cavalieri*
                              Meghan A. Cavalieri (MC 6758)
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

TO:    Via ECF
        Thomas A. Catalano, Esq.
        Lester Schwab Katz & Dwyer
        Attorneys for Defendant
        Federated Dept. Stores, Inc.
        120 Broadway
        New York, New York 10271
        Direct: (212) 341-4298
        Main: (212) 964-6611
        Fax: (212) 267-5916

        Rose M. Weber, Esq.
        Rose M. Weber Law Office
        Attorney for Plaintiff
        25 Broadway, Suite 1608
        New York, NY 10007
        Fax: 212-791-4149

07 CV 8229 (RPP)(FM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| RAY MILLAR,<br>                                                     Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, SGT. RICHARD GARCIA, Shield No. 2522, P.O.s "JOHN" and "JANE DOE" #1-10, Individually and in their official capacities, (the names "John" and "Jane Doe" being fictitious, as the true names are presently unknown), and FEDERATED DEPARTMENT STORES, INC.,<br>                                                   Defendants. |
| **ANSWER TO DEFENDANT MACY'S CROSS CLAIMS ON BEHALF OF CITY OF NEW YORK and SERGEANT RICHARD GARCIA** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York and The Sergeant Richard Garcia*<br>*100 Church Street*<br>*New York, New York 10007*<br><br>*Of Counsel: Meghan A. Cavalieri*<br>*Tel: (212) 788-6405* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ............................................., 2007*<br><br>*............................................................................ Esq.*<br><br>*Attorney for......................................................................* |