**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355



FEB 1 5 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

February 15, 2008

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Ray Millar v. City of New York, et al.*, 07 Civ. 8229 (RPP)

Your Honor:

    Pursuant to the Scheduling Order "so ordered" by the Court on January 4, 2008, the complaint in the above-referenced matter was to have been amended by today's date. Unfortunately, I have been extremely ill with the flu for the past eleven days. I have been able to work only a few hours a day (if that much) and have been forced to work very slowly so as to avoid making mistakes. This has, obviously, set me back substantially. Accordingly, plaintiff respectfully requests that the deadline to amend the complaint be extended by thirty days (i.e., until March 16, 2008). Defendants have graciously consented to this request. The proposed extension should not affect the remainder of the discovery timetable.

    Thank you for your consideration of this request.

Respectfully,

*Rose M. Weber*

Rose M. Weber (RW 0515)

So ordered
Robt Patterson
USDJ
2/19/08

cc: Meghan Cavalieri, Esq. (by fax)
    Thomas A. Catalano, Esq. (by fax)