

ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5638                                    TELEPHONE: (212) 748-3355



March 13, 2008

**BY FAX**                          **MEMO ENDORSED**
Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, NY 10007


Re:   *Ray Millar v. City of New York, et al.*, 07 Civ. 8229 (RPP)

Your Honor:

　　　Plaintiff writes, with defendants' consent, to request respectfully a second thirty-day extension of the deadline to amend the complaint (i.e., from March 16, 2008 until April 15, 2008). The parties have been engaged in settlement negotiations and are hopeful that they will be able to reach an agreement. Obviously, the fewer hours put into the case, the greater the prospects for settlement, and hence this request. As before, the proposed extension should not affect the remainder of the discovery timetable.

　　　Thank you for your consideration of this request.

                                            Respectfully,

                                            Rose M. Weber

                                            Rose M. Weber (RW 0515)


cc:   Meghan Cavalieri, Esq. (by fax)
      Thomas A. Catalano, Esq. (by fax)