


THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MEGHAN A. CAVALIERI**
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

**MEMO ENDORSED**

April 15, 2008

BY HAND
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

Re: Ray Millar v. City of New York, et al., 07 CV 08229 (RPP)

Dear Judge Patterson:

    I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled today and accordingly the trial scheduled by the Court for June 25, 2008 at 9:30 a.m. is no longer necessary. The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

    Thank you for your consideration in this regard.

Respectfully submitted,

*Meghan Cavalieri*
Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   VIA FACSIMILE
Rose M. Weber, Esq.
Attorney for Plaintiff

Thomas A. Catalano, Esq.
Lester Schwab Katz & Dwyer
Attorneys for Defendant Federated

*Application granted. The Stipulation and order of Settlement and Discontinuance shall be filed by 4/30/08.*
*So ordered.*
*Robert P. Patterson*
*4/16/08*